IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WALKER, | Civil No. 3:21-cv-2167 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CHCA MERRITT-SCULLY, *et al.*, | |
| Defendants | |

**ORDER**

**AND NOW**, this 12th day of May, 2022, upon consideration of the motion (Doc. 8) to dismiss by Defendant Merritt-Scully, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 8) is **GRANTED**. Defendant Merritt-Scully is **DISMISSED** from this action. The Clerk of Court is directed to **TERMINATE** Merritt-Scully as a Defendant in this action.

2. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge