IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WALKER, | : | Civil No. 3:21-cv-2167 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CHCA MERRITT-SCULLY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 6th day of December, 2022, upon consideration of the motion (Doc. 12) to dismiss by Defendant Davis, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 12) is **GRANTED**. Defendant Brian Davis is **DISMISSED** from this action. The Clerk of Court is directed to **TERMINATE** Brian Davis as a Defendant in this action.

2. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge