IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WALKER, | Civil No. 3:21-cv-2167 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CHCA MERRITT-SCULLY, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this ____ day of December, 2022, upon consideration of the motion (Doc. 14) to dismiss by Defendant Diamond Pharmacy, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 14) is **GRANTED** in part and **DENIED** in part.

2. Defendant Diamond Pharmacy's motion to dismiss the Eighth Amendment claim is **GRANTED**.

3. Defendant Diamond Pharmacy's motion to dismiss Plaintiff's medical malpractice claim for failure to file a certificate of merit is **DENIED** without prejudice to refiling upon compliance with PA. R. CIV. P.1042.6.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge