IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WALKER, | : | Civil No. 3:21-cv-2167 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CHCA MERRITT-SCULLY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of February, 2023, upon consideration of the motion (Doc. 29) to dismiss by Defendant Diamond Pharmacy, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 29) is **GRANTED**.

2. Plaintiff's medical malpractice claims are **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge